The WEBSTER MANUFACTURING COM-
PANY v. The UNITED STATES
of America.

No. 6145.

Circuit Court of Appeals, Seventh Circuit.

Jan. 16, 1937.

Michael L. Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, and upon consideration of the certificate of the clerk of the United States District Court filed this day, it is ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.

■

Herbert M. WEIL v. WEBSTER HALL
CORPORATION OF AMERICA.

No. 7659.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1937.

Herbert M. Weil, of Detroit, Mich., for appellant.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

On petition of Herbert M. Weil, appellant, and upon stipulation of counsel, it is ordered that the appeal of Herbert M. Weil be, and the same is hereby, docketed and dismissed.

■

Frederick W. WILHELM et al. v. STAND-
ARD OIL COMPANY (INDIANA) et al.

No. 6095.

Circuit Court of Appeals, Seventh Circuit.

Nov. 20, 1936.

Harrison E. Fryberger, of New York City, and Erwin Seago, of Chicago, Ill., for appellants.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is ordered by the court that this appeal be, and the same is hereby, dismissed without costs.